UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JASON GIBSON,                                                        :
:
                          Plaintiff,                                  :
:    23 Civ. 345 (JPC)
         -v-                                                      :
:    ORDER
SCARRS PIZZA LLC and 22 ORCHARD REALTY                               :
CORP.,                                                               :
:
                          Defendants.                                 :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 26, 2023, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 8-9. Defendants' deadline to respond to the Complaint was therefore February 16, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until March 2, 2023. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff should seek a Certificate of Default by March 9, 2023.

       SO ORDERED.

Dated: February 23, 2023
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge