

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

<u>*Via PACER*</u>

April 3, 2023

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                 Re:     **GIBSON V. SCARR PIZZA, LLC et al**
                            **1:23-cv-00345-JPC**
                            **Request to Adjourn**

Hon. John P. Cronan:

        My office represents Plaintiff in the above referenced matter. I write to inform the Court that settlement in principle has been reached amongst all parties in this matter. I would ask that any required filings be adjourned *sine die* to allow the parties to execute the necessary documents; the undersigned will file a notice of dismissal upon same.

        My office remains available should any further information be required. Thank you for your time and consideration.

Respectfully Submitted,

BELL LAW GROUP, PLLC

*/s/ Daniel Johnston*

Daniel A. Johnston, Esq.

---

The request is granted in part. Plaintiff shall file a stipulation of dismissal or a status letter as to settlement no later than May 1, 2023.

SO ORDERED.

April 4, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

---