

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

<u>*Via PACER*</u>

May 2, 2023

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    **GIBSON V. SCARR PIZZA et al**
                        **1:23-cv-00345-JPC**
                        **Request to Adjourn/Notice of Settlement**

Hon. John P. Cronan:

        My office represents Plaintiff in the above referenced matter. I write first to apologize for this untimely submission. The deadline set by the Court for filing either a stipulation of dismissal or a joint letter advising the status of settlement was yesterday, May 1, 2023. I would request that the Court forgive this oversight and entertain the content of this letter.

        Settlement has been reached on terms acceptable to all parties, but requires additional time to finalize. The parties jointly and respectfully request two (2) weeks to finalize the settlement and file the stipulation to dismiss.

        My office remains available should any further information be required. Thank you for your time and consideration.

Respectfully Submitted,

BELL LAW GROUP, PLLC

*Daniel Johnston* (signature)

Daniel A. Johnston, Esq.

---

The request is granted. The parties shall file a stipulation of dismissal or a status letter as to settlement by May 16, 2023.

SO ORDERED.

May 2, 2023
New York, New York

*John P. Cronan* (signature)
_____
JOHN P. CRONAN
United States District Judge

---

5 Penn Plaza, 23rd Floor        100 Quentin Roosevelt Blvd. Ste. 208        1629 K Street, NW, Suite 300        10750 NW 6th Court
New York, NY 10001              Garden City, NY 11530                       Washington, DC 20006                 Miami, FL 33168